UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-62425-CIV-WILLIAMS

CHRISTINE PUTNAM,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on U.S. Magistrate Judge Alicia O. Valle's Paperless Report and Recommendation ("***the Report***") (DE 26) on Plaintiff Christine Putnam's ("***Plaintiff***") Unopposed Motion for Attorney's Fees ("***the Motion***"). (DE 25.) In the Report, Judge Valle recommends that the Court grant Plaintiff's Motion and award her a total of $6,504.45 in attorney's fees, to be paid to Plaintiff's counsel once the U.S. Department of Treasury determines that Plaintiff owes no debt to the United States. (DE 26.)

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 26) are **AFFIRMED AND ADOPTED**.
2. Plaintiff's Motion (DE 25) is **GRANTED**.
3. In accordance with the Court's Order of Remand and Final Judgment (DE 24), this case remains closed.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 18th day of August, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE