UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-62425-CV-WILLIAMS

CHRISTINE PUTNAM,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on U.S. Magistrate Judge Alicia O. Valle's Report and Recommendation (DE 30) ("**Report**") on Plaintiff's Counsel's Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. § 406(b) (DE 28) ("**Motion**"). In the Report, Judge Valle recommends (i) that the Motion be granted; (ii) that Plaintiff's counsel be awarded $10,091.95 in attorney's fees pursuant to 42 U.S.C. § 406(b), payable from the past-due benefits awarded to Plaintiff by the Commissioner of Social Security; and (iii) within 30 days after receiving these fees, Plaintiff's counsel shall return directly to Plaintiff the attorney's fees previously awarded under the Equal Access to Justice Act ("**EAJA**"), 28 U.S.C. § 2412(d)(1) ($6,504.45), resulting in a net § 406(b) fee of $3,587.50. (DE 30 at 3.) No objections were filed to the Report, and the time to object has passed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. Judge Valle's Report (DE 30) is **AFFIRMED AND ADOPTED**.

2. The Motion (DE 28) is **GRANTED**.

    a. Plaintiff's counsel shall be awarded $10,091.95 in attorney's fees pursuant to 42 U.S.C. § 406(b), payable from the past-due benefits awarded to Plaintiff by the Commissioner of Social Security.

    b. Within 30 days after receiving these fees, Plaintiff's counsel shall return directly to Plaintiff the attorney's fees previously awarded under the EAJA ($6,504.45), resulting in a net § 406(b) fee of $3,587.50.

3. In accordance with the Court's Order of Remand and Final Judgment (DE 24), this case remains closed.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 28th day of March, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE